IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–03–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LARRY CLINTON BUCKELS, | |
| Defendant. | |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on May 21, 2020. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Larry Clinton Buckels' guilty plea after Buckels appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of distribution of

1

methamphetamine in violation of 21 U.S.C. § 841(a)(1), as set forth in Count I of the Indictment.  Defendant further agrees to the forfeiture allegation in the Indictment.  In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 34), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Larry Clinton Buckels' motion to change plea (Doc. 23) is GRANTED and Larry Clinton Buckels is adjudged guilty as charged in Count I of the Indictment.

DATED the 9th day of June, 2020.

_____
Dana L. Christensen, District Judge
United States District Court