

FILED

JUN 30 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–03–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LARRY CLINTON BUCKELS, | |
| Defendant. | |

Before the Court is Defendant Larry Clinton Buckels' ("Buckels") Motion for Preliminary Order of Forfeiture. (Doc. 36.) Buckels appeared before the Court on May 21, 2020 and entered a plea of guilty to Count I of the Indictment. Buckels' plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 36) is GRANTED, and it is FURTHER ORDERED that:

(1) Buckels' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- A Remington Arms Company, Inc., model 710, .30-06 caliber bolt-action rifle (serial number 71267374); and

- A Winchester, model 70, .270 WIN caliber bolt-action rifle (serial number 185436).

(2)     The Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

(3)     The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

(4)     Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

(5)     The forfeiture allegation to the following property is DISMISSED:

- HS Products (Importer: Springfield, Inc.), model XD(M), .45 ACP caliber semi-automatic pistol (serial number MG658284); and,

- 21 rounds, CCI, Ammunition, CAL: 45.

Dated this 30th day of June, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court