IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–03–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LARRY CLINTON BUCKELS, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 40.) After reviewing the Government's motion and supporting brief (Doc. 41), the Court FINDS:

(1) The United States commenced this action pursuant to 18 U.S.C. § 924(d).

(2) This Court entered a Preliminary Order of Forfeiture on June 30, 2020. (Doc. 38.)

(3) All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (*See* Doc. 39.)

(4) It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

(1)   The motion for final order of forfeiture (Doc. 40) is GRANTED.

(2)   Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- A Remington Arms Company, Inc., model 710, .30-06 caliber bolt-action rifle (serial number 71267374); and

- A Winchester, model 70, .270 WIN caliber bolt-action rifle (serial number 185436).

(3)   The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of August, 2020.

Dana L. Christensen, District Judge
United States District Court